Thomas M. Kerr (CA State Bar No. 241530)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-2000
Facsimile: (415) 268-1999
Email: tom.kerr@hro.com

Attorneys for Plaintiffs,
ATLANTIC RECORDING CORPORATION;
WARNER BROS. RECORDS, INC.; PRIORITY RECORDS LLC; VIRGIN RECORDS AMERICA, INC.; MOTOWN RECORD COMPANY, L.P.; UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; and BMG MUSIC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| ATLANTIC RECORDING CORPORATION, a Delaware corporation; WARNER BROS. RECORDS, INC., a Delaware corporation; PRIORITY RECORDS LLC, a California limited liability company; VIRGIN RECORDS AMERICA, INC., a California corporation; MOTOWN RECORD COMPANY, L.P., a California limited partnership; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and BMG MUSIC, a New York general partnership,<br>          Plaintiffs,<br><br>v.<br><br>CYNTHIA EDLUND,<br>          Defendant. | CASE NO. 2:06-CV-02537-LKK-EFB<br><br>Honorable Lawrence K. Karlton<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND ORDER** |

1  Defendant Cynthia Edlund ("Defendant") was served with the Summons and Complaint on
2  January 23, 2007. Plaintiffs and Defendant, each through their counsel, hereby stipulate to extend
3  the time in which Defendant has to answer or otherwise respond to the Complaint for sixty (60) days
4  to April 13, 2007.

6  DATED: _____   THOMAS M. KERR
7                              HOLME ROBERTS & OWEN LLP

8                              By: _____
9                                  Thomas M. Kerr
                                   Attorney for Plaintiffs

12 DATED: _____   NATE MILLER

14                              By: _____
                                   Nate Miller
15                                 Attorney for Defendant

19 **IT IS SO ORDERED:**

21 Dated: February 7, 2007

                                _____
                                LAWRENCE K. KARLTON
                                SENIOR JUDGE
                                UNITED STATES DISTRICT COURT

2

STIPULATION AND [PROPOSED] ORDER
Case No. 2:06-CV-02537-LKK-EFB
#28113 v1

PDF created with pdfFactory trial version www.pdffactory.com