Thomas M. Kerr (CA State Bar No. 241530)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:   (415) 268-2000
Facsimile:    (415) 268-1999
Email:         tom.kerr@hro.com

Attorneys for Plaintiffs,
ATLANTIC RECORDING CORPORATION;
WARNER BROS. RECORDS, INC.; PRIORITY RECORDS LLC; VIRGIN RECORDS AMERICA, INC.; MOTOWN RECORD COMPANY, L.P.; UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; and BMG MUSIC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATLANTIC RECORDING CORPORATION, a Delaware corporation; WARNER BROS. RECORDS, INC., a Delaware corporation; PRIORITY RECORDS LLC, a California limited liability company; VIRGIN RECORDS AMERICA, INC., a California corporation; MOTOWN RECORD COMPANY, L.P., a California limited partnership; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and BMG MUSIC, a New York general partnership,<br>            Plaintiffs,<br><br>     v.<br><br>CYNTHIA EDLUND,<br>            Defendant. | CASE NO. 2:06-CV-02537-LKK-EFB<br><br>Honorable Lawrence K. Karlton<br><br>***EX PARTE* APPLICATION TO CONTINUE INITIAL SCHEDULING CONFERENCE AND ORDER** |

PDF created with pdfFactory trial version www.pdffactory.com

Plaintiffs hereby request that the Court continue the initial scheduling conference currently set for February 26, 2007, at 10:30 a.m. to May 21, 2007.  The complaint in this matter was filed on November 14, 2006.  Defendant was served with the summons and complaint on January 17, 2007.  Plaintiffs, through their counsel, and Defendant, stipulated to extend the time for Defendant to answer the complaint until April 13, 2007.  Defendant has not yet answered or otherwise responded to the complaint.  Therefore, an initial scheduling conference is not necessary at this time.  Plaintiffs therefore respectfully request that the Court continue the initial scheduling conference currently set for February 26, 2007, at 10:30 a.m. to May 21, 2007 at 2:30 p.m.

DATED:  February 22, 2007     THOMAS M. KERR
                              HOLME ROBERTS & OWEN LLP

                              By:     */s/ Thomas M. Kerr*
                                  THOMAS M. KERR
                                  HOLME ROBERTS & OWEN LLP

## ORDER

Good cause having been shown:

**IT IS ORDERED** that the initial scheduling conference currently set for February 26, 2007, at 10:30 a.m. is hereby continued to May 21, 2007 at 2:30 p.m.

DATED:  February 22, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1

*EX PARTE* APPLICATION
Case No. 2:06-CV-02537-LKK-EFB
#28311 v1

PDF created with pdfFactory trial version www.pdffactory.com

# PROOF OF SERVICE

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I am employed in the office of Holme Roberts & Owen in San Francisco, California. I am over the age of eighteen years and not a party to the within action. My business address is 560 Mission Street, 25th Floor, San Francisco, CA 94105.

On February 22, 2007, I served the foregoing document described as:

***EX PARTE* APPLICATION TO CONTINUE INITIAL SCHEDULING CONFERENCE AND [PROPOSED] ORDER**

on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

> **Nathan S. Miller**
> **Nutting & Jorgensen**
> **5703 N. West Ave., Ste. 103**
> **Fresno, CA  93711**

XX     BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

XX     (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 22, 2007 at San Francisco, California.

_____
Molly Morris

2

*EX PARTE* APPLICATION
Case No. 2:06-CV-02537-LKK-EFB
#28311 v1

PDF created with pdfFactory trial version www.pdffactory.com