1  Thomas M. Kerr (CA State Bar No. 241530)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
   San Francisco, CA  94105-2994
3  Telephone:  (415) 268-2000
4  Facsimile:  (415) 268-1999
   Email:  tom.kerr@hro.com
5
6  Attorneys for Plaintiffs,
   ATLANTIC RECORDING CORPORATION;
7  WARNER BROS. RECORDS, INC.; PRIORITY
   RECORDS LLC; VIRGIN RECORDS AMERICA,
8  INC.; MOTOWN RECORD COMPANY, L.P.; UMG
   RECORDINGS, INC.; SONY BMG MUSIC
9  ENTERTAINMENT; and BMG MUSIC

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| ATLANTIC RECORDING CORPORATION, a Delaware corporation; WARNER BROS. RECORDS, INC., a Delaware corporation; PRIORITY RECORDS LLC, a California limited liability company; VIRGIN RECORDS AMERICA, INC., a California corporation; MOTOWN RECORD COMPANY, L.P., a California limited partnership; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and BMG MUSIC, a New York general partnership,<br>　　　　　Plaintiffs,<br><br>　v.<br><br>CYNTHIA EDLUND,<br>　　　　　Defendant. | CASE NO. 2:06-CV-02537-LKK-EFB<br><br>Honorable Lawrence K. Karlton<br><br>**STIPULATION TO CONTINUE INITIAL SCHEDULING CONFERENCE AND ORDER** |

STIPULATION
Case No. 2:06-CV-02537-LKK-EFB
#29404 v1

1  Plaintiffs, through their counsel, and Defendant, hereby stipulate to continue the initial
2 scheduling conference currently set for May 21, 2007, at 2:30 p.m. to July 23, 2007.  The Complaint
3 in this matter was filed on November 14, 2006.  Defendant was served with the Summons and
4 Complaint on January 17, 2007.  Plaintiffs and Defendant, each through counsel, stipulated to extend
5 the time for Defendant to respond to the Complaint until April 13, 2007.  On April 11, 2007,
6 Defendant filed her Answer pro per.  Because the parties stipulated to extend time to respond to the
7 Complaint, and because the Answer was filed on April 11, 2007, just five days before the Joint
8 Status Report is due, Plaintiffs, through their counsel, and Defendant, respectfully request
9 that the Court continue the initial scheduling conference currently set for May 21, 2007, at 2:30 p.m.
10 to July 23, 2007.

12 DATED:  4/16/07                              THOMAS M. KERR
13                                              HOLME ROBERTS & OWEN LLP

14                                              By:   /s/
15                                                    Thomas M. Kerr
                                                      Attorney for Plaintiffs

18 DATED:  4/16/07                              CYNTHIA EDLUND

20                                              By:   /s/
21                                                    Cynthia Edlund
                                                      *In Propia Persona*

**ORDER**

Good cause having been shown:

**IT IS ORDERED** that the initial scheduling conference currently set for May 21, 2007, at 2:30 p.m. is hereby continued to August 6, 2007 at 2:30 p.m..

DATED: April 17, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT